UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Dana Kyle Togans
401 D Radcliffe Dr
Hbg Pa 17109
(Enter above the full name of plaintiff in this action)

(410) 229-4100 RELAY 711

v.

University of Maryland
Office Adm. Hearings
11101 Gilroy Rd
Hunt Valley Md 21031-1361
(Enter above the full name of the defendant(s) in this action)

CIVIL CASE NO: 1:24-cv-1430
(to be supplied by Clerk of the District Court)

FILED
HARRISBURG, PA
AUG 22 2024
PER ___IBa___
DEPUTY CLERK

COMPLAINT

1. The plaintiff Dana K Togans, a citizen of the County of Dauphin, State of Pennsylvania, residing at 401 Radcliffe Apt D

wishes to file a complaint under _____
(give Title No. etc.)

2. The defendant is Mercy Hospital, Aste Collins... Viginal Hospital D.O.

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) FEDERAL RX THEFT

3. (CONTINUED) I am a Kidney PATIENT ESRD. I was investigating John Hospital. Deplorable I WANTED TO SEE the damage at Inner. Retracing my Brothers Steps When I got to my Quiet Place I told the Police, I needed Dialysis! The Staff never reported I had my Guitar. They never returned it They found the Correct RX number from my wrist band to order their Supplies

4. WHEREFORE, plaintiff prays that I saved countless lives. I was born on an Air Force Base, Worked New Cumberland Army Depot Building 81 Shipping + Receiving I am Federal for Life ... Like Deputy Dawg ... I WANT COMPENSATION for MARSHALL or just sworn in Duty Calls twice Collusion Suit

_____
(Signature of Plaintiff)